IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN VILLAGOMEZ, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | 1:11at00382 <br><br> ORDER TO SUBMIT COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS <br><br> (Doc. 4) |

 Plaintiff Carolyn Villagomez filed a complaint on June 24, 2011, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application is incomplete. Plaintiff states that she is incarcerated, but she does not provide information regarding the place of her incarceration or any other requested details in section 1 of the application.

 Plaintiff shall file an amended application curing these defects within ten (10) days of the date of this order. Failure to comply with this order may result in a recommendation that this action be dismissed.

 IT IS SO ORDERED.

 Dated: **June 27, 2011**     **/s/ Dennis L. Beck**
                  UNITED STATES MAGISTRATE JUDGE

1