Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Carolyn M. Villagomez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| CAROLYN M. VILLAGOMEZ, | Case No.: 1:11-cv-01103-SKO |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Carolyn M. Villagomez ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its

///

///

-1-

own fees, costs, and expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

DATE: February 14, 2012        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
Young Cho
Attorney for plaintiff Carolyn M. Villagomez

DATE: February 14, 2012        BENJAMIN B. WAGNER
United States Attorney

/s/ *Tova Wolking*

Tova Wolking
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)

## Order

Pursuant to the terms of the parties' stipulation, this action is DISMISSED with PREDJUDICE, and the Clerk of Court is DIRECTED to administratively close this case.

IT IS SO ORDERED.

Dated:  **February 14, 2012**              /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE